UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLAY LEE JONES,
                            Plaintiff,

              -against-

BAREFOOT CREATIONS, LLC,
                            Defendant.
------------------------------------------------------------X

24 Civ. 8347 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 10, 2025, required the parties to file a proposed case management plan and joint letter by January 14, 2025;

WHEREAS, the initial pretrial conference is currently scheduled for January 21, 2025, at 3:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **January 17, 2025, at 12:00 P.M.** Continued violation of this Court's order may result in sanctions.

Dated: January 15, 2025
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE